UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 16-37 DSD

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
|     Plaintiff,     ) | **INFORMATION** |
|     ) | |
|     v.     ) | (18 U.S.C. § 2339B(a)(1)) |
|     ) | |
| ABDIRIZAK MOHAMED WARSAME,     ) | |
|     ) | |
|     Defendant.     ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Conspiracy to Provide Material Support to a Designated
Foreign Terrorist Organization)

Beginning on or about March 1, 2014, and continuing until on or about April 3, 2015, within the State and District of Minnesota, and elsewhere, the defendant,

ABDIRIZAK MOHAMED WARSAME,

did unlawfully and knowingly conspire and agree with others both known and unknown to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including himself, as personnel, to a foreign terrorist organization, namely, ISIL (the Islamic State of Iraq and the Levant), which was a designated foreign terrorist organization at all times relevant to this Information, knowing that the organization was a designated foreign terrorist organization, and knowing that ISIL

S C A N N E D

FEB 0 5 2016

U.S. DISTRICT COURT ST. PAUL

has engaged, and engages, in terrorist activity and terrorism; all in violation of Title 18,

United States Code, Section 2339B(a)(1).

Dated:   February 4 , 2016         ANDREW M. LUGER
                                           United States Attorney

                                           BY: ANDREW R. WINTER
                                           Assistant United States Attorney
                                           JOHN DOCHERTY
                                           Assistant United States Attorney