Prob 12 (Rev. 11/1/2004)

# United States District Court
## for the
## DISTRICT OF MINNESOTA
## United States v. Abdirizak Mohamed Warsame
## Docket No. 0864 0:16CR00037-001(MJD)
## Petition on Supervised Release

COMES NOW **Eric R. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdirizak Mohamed Warsame** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 14, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Search/seizure
- No computer/internet access
- Employment Required
- Provide requested financial documentation
- Not possess/view/access terroristic or extremist material
- Mental health counseling
- Polygraph examinations
- Surrender passport and not apply for a new passport
- Residential reentry center with Global Positioning System (GPS) technology
- Substance abuse testing
- No interview/speeches unless approved by the Court and U.S. Attorney's Office

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

While the defendant was in the custody of the Bureau of Prisons (BOP) at the Federal Correctional Institution (FCI) in Pekin, Illinois, he used synthetic marijuana (K-2), among other narcotics, and was found to be in the possession of drug paraphernalia; specifically, a pipe. Additionally, prior to his incarceration, the defendant admitted to regular daily use of marijuana and Xanax as a coping mechanism for his anxiety.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall complete an immediate assessment or participate in a program for substance abuse as approved by the probation officer upon release or relapse during their term of supervised release. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program, not to exceed the total cost of treatment.

## ORDER OF THE COURT

Considered and ordered this 4th day of April 2018, and ordered filed and made a part of the records in the above case.

*signature*
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Eric R. Hermes*
Eric R. Hermes
U.S. Probation Officer
Telephone: 612-664-5367

Executed on   April 4, 2018
Place         Minneapolis

Approved:

s/ Darren F. Kerns
Darren F. Kerns
Supervising U.S. Probation Officer