Prob 12 (Rev. 11/1/2004)

# United States District Court

### for the

### DISTRICT OF MINNESOTA

### United States v. Abdirizak Mohamed Warsame

### Docket No. 0864 0:16CR00037-001(MJD)

### Petition on Supervised Release

COMES NOW **Eric R. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdirizak Mohamed Warsame** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 14, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Search/seizure
- No computer/internet access
- Computer search
- Employment required
- Provide requested financial documentation
- Not possess/view/access terroristic or extremist material
- Mental health counseling
- Polygraph examinations
- Surrender passport and not apply for a new passport
- Residential reentry center with Global Positioning System (GPS) technology for 365 days
- Substance abuse testing
- No interviews/speeches unless approved by the Court and U.S. Attorney's Office
- Substance abuse treatment (modified April 4, 2018)
- 15 days extra residential reentry center placement (modified August 7, 2018)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall reside for a period of up to 365 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility, which may include location monitoring with Global Positioning System (GPS) technology. The defendant may be restricted to their residence at all time except for employment; education; religious services; medical; substance abuse; or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

STANDARD CONDITION: The defendant must answer truthfully the questions asked by the probation officer.

Petition on Supervised Release
Page 2

RE: **Abdirizak Mohamed Warsame**
Docket No. 0864 0:16CR00037-001(MJD)

Prior to the defendant's polygraph on October 23, 2018, the defendant disclosed violations of rules he committed while residing at a residential reentry center. These violations were not known to residential reentry center staff or this officer.

Additionally, the defendant admitted he was not truthful with his probation officer when initially questioned about who he has communicated with while at the residential reentry center.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> The defendant shall reside for a period of 60 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility, which may include location monitoring with Global Positioning System (GPS) technology. The defendant may be restricted to their residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; or court obligations. The 60 days is in addition to the defendant's special condition of residing in a residential reentry center for 365 days, as ordered on November 14, 2016. Furthermore, it is in addition to the 15 days ordered on August 6, 2018.

ORDER OF THE COURT

Considered and ordered this ___7th___ day of ___November, 2018___, and ordered filed and made a part of the records in the above case.

s/ Michael J. Davis

Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/*Eric R. Hermes*

Eric R. Hermes
U.S. Probation Officer
Telephone: 612-664-5367

Executed on ___October 25, 2018___

Place ___Minneapolis___

Approved:

s/ Darren F. Kerns

Darren F. Kerns
Supervising U.S. Probation Officer