Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Abdirizak Mohamed Warsame

Docket No. 0864 0:16CR00037-001(MJD)

Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdirizak Mohamed Warsame** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 14, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Search/seizure
- No computer/internet access
- Computer search
- Employment required
- Provide requested financial documentation
- Not possess/view/access terroristic or extremist material
- Mental health counseling
- Polygraph examinations
- Surrender passport and not apply for a new passport
- Residential reentry center with Global Positioning System (GPS) technology for 365 days
- Substance abuse testing
- No interviews/speeches unless approved by the Court and U.S. Attorney's Office
- Substance abuse treatment (modified April 4, 2018)
- 15 days extra residential reentry center placement (modified August 7, 2018)
- 60 days extra residential reentry center placement (modified November 7, 2018)
- 1-year additional home detention with location monitoring, Global Positioning System (GPS) technology (modified June 6, 2019)
- Internet restrictions (modified June 6, 2019)
- No contact with media (modified June 6, 2019)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant's conditions were previously modified on June 6, 2019, to extend the period of his term of home detention. After consideration from the Court of the defendant's progress and associated circumstances an additional extension of this condition is recommended. The defendant has agreed to the proposed modification to extend his term of home detention with location monitoring.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

SPECIAL CONDITION: The defendant shall participate in a location monitoring program for a period of 90 days. The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

The defendant is restricted to their residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer.

The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this __5th__ day of __June 2020__, and ordered filed and made a part of the records in the above case.

s/ Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
U.S. Probation Officer
Telephone: 612-664-5364

Executed on    June 4, 2020
Place          Minneapolis

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer