Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Abdirizak Mohamed Warsame

Docket No. 0864 0:16CR00037-001(MJD)

Petition on Supervised Release

      COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdirizak Mohamed Warsame** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 14, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Search/seizure
- No computer/internet access
- Computer search
- Employment required
- Provide requested financial documentation
- Not possess/view/access terroristic or extremist material
- Mental health counseling
- Polygraph examinations
- Surrender passport and not apply for a new passport
- Residential reentry center with Global Positioning System (GPS) technology for 365 days
- Substance abuse testing
- No interviews/speeches unless approved by the Court and U.S. Attorney's Office
- Substance abuse treatment (modified April 4, 2018)
- 15 days extra residential reentry center placement (modified August 7, 2018)
- 60 days extra residential reentry center placement (modified November 7, 2018)
- 1-year additional home detention with location monitoring, Global Positioning System (GPS) technology (modified June 6, 2019)
- Internet restrictions (modified June 6, 2019)
- No contact with media (modified June 6, 2019)
- 90 days additional home detention with location monitoring, Global Positioning System (GPS) technology (modified June 5, 2020)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

      STANDARD CONDITION:  You must no own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

On August 10, 2020, several days after being directed to schedule a polygraph exam, the defendant disclosed that he had found a taser in his house several months ago.  He failed to

previously report this to probation.  The defendant noted that he again found the device earlier this month.

> SPECIAL CONDITION:  The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office.  The defendant's cooperation shall include but not be limited to allowing installation of a computer and Internet monitoring program and/or identifying computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access.

> STANRDARD CONDITION:  You must answer truthfully the questions asked by your probation officer.

Prior to a polygraph exam taken on August 19, 2020, the defendant reported to probation that he had no further use of the Internet or other unauthorized devices.  Directly prior to the exam, the defendant informed that he had used video chat applications with family members.  The defendant also noted directly prior to the exam that he had entered his phone number into another individual's phone and had possession of the device for a limited period of time.

The defendant subsequently was found to have a significant response to the focus questions on the polygraph exam when questioned about use of unauthorized devices or Internet beyond what he had already disclosed.

PRAYING THAT THE COURT WILL ORDER that **a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.**

ORDER OF THE COURT

Considered and ordered this  27th  day of  August 2020 , and ordered filed and made a part of the records in the above case.

s/ Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
U.S. Probation Officer
Telephone: 612-664-5364

Executed on   August 26, 2020
Place             Minneapolis

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer