UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 16-cr-037 (MJD) |
| Plaintiff, | |
| v. | **O R D E R** |
| **ABDIRIZAK MOHAMED WARSAME**, | |
| Defendant. | |

Upon the final revocation hearing on October 22, 2020, Defendant shall continue on supervised release under the same terms and conditions previously imposed until the original expiration date of March 27, 2038, with additional special conditions.

**IT IS SO ORDERED**:

The following additional special conditions have been added to Defendant's supervised release conditions:

1. Defendant shall participate in a cognitive behavioral treatment program as approved and directed by the probation officer. Further, Defendant shall contribute to the cost of such programming as determined by the U.S. Probation and Pretrial Services Office Co-Payment Program not to exceed the total costs of treatment.

2. Defendant shall participate in a location monitoring program for an additional period of 90 days commencing October 22, 2020. Defendant

shall be monitored using global positioning system (GPS) technology. Defendant shall be monitored under the following restrictions:

    a. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer.

3. Defendant shall not be required to pay the costs of location monitoring.

Date:  October 22, 2020

s/ Michael J. Davis
Michael J. Davis
United States District Court