Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Abdirizak Mohamed Warsame

**Docket No. 0864 0:16CR00037-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdirizak Mohamed Warsame** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 14, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Search/seizure
- No computer/internet access
- Computer search
- Employment required
- Provide requested financial documentation
- Not possess/view/access terroristic or extremist material
- Mental health counseling
- Polygraph examinations
- Surrender passport and not apply for a new passport
- Residential reentry center with Global Positioning System (GPS) technology for 365 days
- Substance abuse testing
- No interviews/speeches unless approved by the Court and U.S. Attorney's Office
- Substance abuse treatment (modified April 4, 2018)
- 15 days extra residential reentry center placement (modified August 7, 2018)
- 60 days extra residential reentry center placement (modified November 7, 2018)
- 1-year additional home detention with location monitoring, Global Positioning System (GPS) technology (modified June 6, 2019)
- Internet restrictions (modified June 6, 2019)
- No contact with media (modified June 6, 2019)
- 90 days additional home detention with location monitoring, Global Positioning System (GPS) technology (modified June 5, 2020)
- Complete a Cognitive Behavioral Treatment Program as directed (order October 22, 2020)
- 90 days additional home detention with location monitoring, Global Positioning System (GPS) technology (order October 22, 2020)
- 90 days curfew with location monitoring, Global Positioning System (GPS) technology (ordered January 12, 2021)
- 90 days curfew with location monitoring, Global Positioning System (GPS) technology (ordered April 8, 2021)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant's conditions were previously modified on April 8, 2021, to extend the period of location monitoring with a less restrictive curfew. After consideration of the defendant's progress and associated circumstances an additional extension of this condition is recommended with an adjustment to the program under which the defendant would be monitored. The defendant has agreed to the recommended modification from probation to extend his term of location monitoring but adjust the terms under which he is supervised. The defendant would be monitored under Stand-Alone monitoring going forward, and therefore not be subject to any curfew or time restrictions.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> For the purpose of verifying compliance with any Court-imposed condition of supervision, the defendant shall be placed on a program of Stand-Alone Monitoring for a period of 180 days, in which he will be monitored using global positioning system (GPS) technology, with or without a specified schedule, as directed by the probation officer.
>
> The defendant shall not be required to pay the costs of location monitoring.
>
> The additional period of location monitoring will begin July 13, 2021.

ORDER OF THE COURT

Considered and ordered this __12th__ day of __July 2021__, and ordered filed and made a part of the records in the above case.

s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on    July 9, 2021
Place          Minneapolis

Approved:

s/Michael J. Schmidt
Michael J. Schmidt
Supervising U.S. Probation Officer
Telephone: 651-848-1240